IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>　　　　　　Defendants. | **Case No.: 1:24-cv-01807-VMK-GAF**<br><br>**Honorable Virginia M. Kendall**<br><br>**Magistrate Gabriel A. Fuentes** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
ONLY AS TO DEFENDANT NUMBERS 8, 32, 65, 116, 118, 145, 171 AND 374 WITH
PREJUDICE**

TO THE COURT AND ALL INTERESTED PARTIES:

　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hong Kong Leyuzhen Technology Co. Limited, voluntarily dismisses *only* Defendants; number 8 Changzhou Melee Trading Co., Ltd., number 32 Dongguan Haohoo Clothing Co., Ltd, number 65 Dongguan Yisheng Knitting Clothing Co., Ltd., number 116 Guangzhou Jiuyuan Clothing Co., Ltd, number 118 Guangzhou Joyord Sportswear Co., Ltd., number 145 Guangzhou Ruixi Clothing Design Co., Ltd, number 171 Guangzhou Zhuosi Clothing Co., Ltd, and number 374

Yiwu Hankai Import And Export Co., Ltd, as listed on Schedule "A" to the Complaint with prejudice.

DATED: June 15, 2024          Respectfully submitted,

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorney for Plaintiff*

3

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and by posting the filing on a URL contained on our website http://blointernetenforcement.com, and distributed to ecommerce platform, Alibaba.

By: /s/ Shawn A. Mangano
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorneys for Plaintiff*